# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 01, 2017</u>

*The Court of Appeals hereby passes the following order:*

**A18E0022. RAYBON v. GIBBONS.**

We HEREBY GRANT Carolyn Raybon's Motion for an Extension of Time to File Application for Discretionary Appeal. Said application shall be filed on or before January 3, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>12/01/2017</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*